AMAZIAH W. GOFF vs. PETER B. ANDERSON.

The conditions of a rule for judgment as in case of non-suit, unless the plaintiff stipulate and pay costs, &c., should be strictly complied with by plaintiff *within twenty days*: He can be relieved afterwards, only on terms.

*Motion by plaintiff to set aside judgment entered by defendant for judgment as in case of non-suit.*—A motion was made by defendant and an order obtained at Special term for judgment as in case of non-suit unless plaintiff stipulated and paid costs. The costs were noticed for taxation and taxed on the last day for complying with the rule, (twenty days) both parties by their attorneys appeared on the taxation. The next day after taxation, the defendant's attorneys had the general costs

of the cause taxed, and judgment as in case of non-suit perfected. The plaintiff had not then offered to pay the interlocutory costs, nor stipulated to try, or given notice of appeal from taxation. On the same day of entering judgment, and in the evening after the same had been entered at noon, plaintiff served notice of motion for retaxation of the interlocutory costs, without any stay of proceedings; about a week afterwards an order to stay was served. Plaintiff alleged he intended in good faith to try the cause.

N. F. WARING, *Plff's Counsel.*        N. F. WARING, *Plff's Attys.*

N. HILL, JR., *Defts Counsel.*        GREENE & COOPER, *Defts Attys.*

BEARDSLEY, Justice.—Granted the motion on payment of seven dollars costs of opposing.